UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:04-00021 |
| | ) | JUDGE CAMPBELL |
| NATHAN P. MORGAN | ) | |

ORDER

The Court held a hearing on March 25, 2016. At the request of the parties, the hearing on the Petition (Docket No. 59) was CONTINUED to June 27, 2016, at 12:00 p.m. If a hearing is unnecessary, the parties shall advise the Court in writing.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE